# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DEE NEUKRANZ, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:19-CV-1681-L-BH |
| CONESTOGA SETTLEMENT SERVICES, LLC, et al., | § § § § | |
| Defendants. | § | Referred to U.S. Magistrate Judge[1] |

## ORDER

On July 15, 2019, the plaintiff filed this putative class action on behalf of a class of similarly situated persons against several defendants, alleging fraud and civil conspiracy in connection with the sale of fractional interests in life settlement contracts. (doc. 1-4; doc. 21.) On May 28, 2020, part of the case was ordered to be submitted to arbitration, and the remainder of the case was stayed pending arbitration by order dated August 12, 2020. (docs. 132, 137.) On April 12, 2021, another case was consolidated into this case, which was reopened, and amended pleadings were ordered. (docs. 138, 139.) After the amended pleadings were filed, the parties filed a joint proposal for a scheduling and discovery order. (doc. 157.) The proposal notes that the parties have differing views about the effect or status of the stay that was previously put in place before the two cases were consolidated.

Given the parties' dispute, this order is entered to clarify that the stay will remain in place with respect to merits-based discovery until all motions to compel arbitration and jurisdictional motions, if any, have been resolved. For the same reason, entry of a scheduling order will be delayed until after all motions to compel arbitration and jurisdictional motions have been decided.

---

[1] By order filed November 1, 2019, this case has been referred for full case management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions. (*See* doc. 52.)

Any motions to compel arbitration must be filed by July 1, 2021. The deadline to file jurisdictional motions is governed by the Federal Rules of Civil Procedure. While any arbitration or jurisdictional motions are pending, the parties may continue to file responsive pleadings and motions in accordance with Rules 12 and 15 and the court's stipulated order dated May 17, 2021 (doc. 156), as well as other procedural motions and related briefing that do not require the resolution of issues concerning the merits of any claims or defenses. Discovery regarding the merits of the parties' claims and defenses is stayed until further order of the court.

**SO ORDERED** this 2nd day of June, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE